# USPS Tracking®

FAQs >

Case # 5:26-cv-197-BO

**Remove ✕**

Tracking Number:

## 9589071052702833900011

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:50 pm on April 6, 2026 in WASHINGTON, DC 20224.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20224
April 6, 2026, 1:50 pm

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20224
April 5, 2026, 12:49 pm

● **Arrived at Hub**
WASHINGTON, DC 20018
April 5, 2026, 12:02 pm

● **In Transit to Next Facility**
April 4, 2026

● **Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 1, 2026, 2:29 pm

Feedback

- **Arrived at USPS Regional Origin Facility**

  GREENSBORO NC DISTRIBUTION CENTER
  March 31, 2026, 6:28 pm

- **Departed Post Office**

  FAYETTEVILLE, NC 28303
  March 30, 2026, 6:08 pm

- **USPS in possession of item**

  FAYETTEVILLE, NC 28303
  March 30, 2026, 5:02 pm

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less ∧**

Track Another Package

| Enter tracking or barcode numbers |
| --- |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Case # 5:26-CV-197-BO

# SSN green card confirmation for attorney general

FILED

APR 22 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

📄 SSN green card confirmation for attorney general.pdf  1 of 1 page • 479 kB

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  APR 1 1 2026  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General of the United States<br>950 Pennsylvania Avenue NW<br>Washington DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9379 5002 8096 11 | 3. Service Type ☐ Priority Mail Express®<br>☐ Adult Signature ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 2833 8955 08 | red Mail<br>red Mail Restricted Delivery<br>r $500) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

# Green card from Civil Process Clerk U.S. Attorney's Office

FILED

APR 22 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

📄 Scan_0003.pdf  1 of 1 page · 245 kB

