UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CV-00197-BO-BM

GILBERT BRYAN, )
)
  Plaintiff, )  **DEFENDANT'S MOTION TO**
)  **DISMISS PLAINTIFF'S**
v. )  **COMPLAINT**
)
UNITED STATES OF AMERICA, )
)
  Defendant. )

  The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, moves pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint for lack of jurisdiction. The United States has contemporaneously filed a memorandum in support of the motion.

  Respectfully submitted this 29th day of May 2026.

        W. ELLIS BOYLE
        United States Attorney


        *BY: /s/ Michael G. James*
        MICHAEL G. JAMES
        Assistant United States Attorney
        U. S. Attorney's Office Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        E-mail: mike.james@usdoj.gov
        N.Y. Reg. No. 2481414
        Attorney for the United States

# CERTIFICATE OF SERVICE

This is to certify that on this 29th day of May 2026, undersigned counsel or a designee filed the foregoing Motion to Dismiss via the District Court's CM/ECF Document Filing System and placed a copy of the same in the U.S. Mail addressed to:

Gilbert Bryan
5506 Dodge Drive
Fayetteville, North Carolina 28303

> /s/ Michael G. James
> MICHAEL G. JAMES
> Assistant United States Attorney
> U. S. Attorney's Office Civil Division
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC 27601
> Telephone: (919) 856-4530
> E-mail: mike.james@usdoj.gov
> N.Y. Reg. No. 2481414
> Attorney for the United States